JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK TYRONE BEASLEY, | Case No. 2:22-cv-05885-MCS-AFM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF LOS ANGELES, CAREN MANDOYAN, SEAN KUSIAK, and DOES 1–10, | |
| Defendants. | |

Pursuant to the Court's Order dismissing action, it is ordered, adjudged, and decreed that this case is dismissed without prejudice under Federal Rule of Civil Procedure 41(b). Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: December 12, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1